MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: tratosm@gtlaw.com
hendricksk@gtlaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| K AND K PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISNEY ENTERPRISES, INC.; PIXAR; WALT DISNEY PICTURES; WALT DISNEY MOTION PICTURES GROUP, INC.; DISNEY CONSUMER PRODUCTS, INC.; DISNEY STORE USA, LLC; and THE DISNEY STORE, INC., <br><br> Defendants. | Case No.: 2:20-cv-01753-JCM-NJK <br><br> **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

Plaintiff K and K Promotions, Inc. ("Plaintiff") and Defendants Disney Enterprises, Inc., Pixar, Walt Disney Pictures, Walt Disney Motion Pictures Group, Inc., Disney Consumer Products, Inc., Disney Store USA, LLC and The Disney Store, Inc. (collectively "Defendants"), hereby stipulate and agree as follows:

1. Plaintiff commenced this action in the United States District Court, District of Nevada on September 22, 2020.

2. Defendants were served with the summons and complaint on September 25, 2020.

Page 1 of 2

ACTIVE 53091312v1

3. The deadline for Defendants to answer or otherwise respond to the complaint is currently October 16, 2020.

4. Plaintiff and Defendants hereby stipulate and agree to extend the time for the Defendants to respond to Plaintiff's complaint by 25 days, from October 16, 2020, to November 10, 2020. Plaintiff has extended this courtesy due to Defendants' lead counsel being recently retained and out of town for previously-scheduled travel. This is the first stipulation for extension of time to respond to the complaint.

5. By so stipulating, no party waives any claims, rights or defenses and each party expressly reserves all rights and defenses under Fed. R. Civ. P. 8 and 12.

6. This is the first extension of time requested. This stipulation is made in good faith and not in an attempt to delay proceedings.

DATED this 12 day of October, 2020.

KEMP JONES, LLP

_____
J. Randall Jones, Esq. (NV Bar No. 1927)
Chad Aronson, Esq. (NV Bar No. 14471)
3800 Howard Hughes Pkwy., 17th Floor
Las Vegas, Nevada 89169
*Attorneys for Plaintiff*

DATED this 12th day of October, 2020.

GREENBERG TRAURIG, LLP

_____
Mark G. Tratos, Esq. (NV Bar No. 1086)
Kara B. Hendricks, Esq. (NV Bar No. 7743)
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: __ October 13, 2020

Page 2 of 2

ACTIVE 53091312v1