1    MARK G. TRATOS, ESQ.
     Nevada Bar No. 1086
2    KARA B. HENDRICKS, ESQ.
     Nevada Bar No. 7743
3    DONALD L. PRUNTY, ESQ.
     Nevada Bar No. 8230
4    BETHANY L. RABE, ESQ.
     Nevada Bar No. 11691
5    **GREENBERG TRAURIG, LLP**
     10845 Griffith Peak Drive, Suite 600
6    Las Vegas, Nevada  89135
     Telephone: (702) 792-3773
7    Facsimile: (702) 792-9002
     Email:   tratosm@gtlaw.com
8             pruntyd@gtlaw.com
              hendricksk@gtlaw.com
9             rabeb@gtlaw.com

10   *Counsel for Defendants*

11                     **UNITED STATES DISTRICT COURT**

12                          **DISTRICT OF NEVADA**

13   K AND K PROMOTIONS, INC.,                Case No.:   2:20-cv-01753-JCM-NJK

14                    Plaintiff,

15          v.                                **NOTICE OF CONSENT TO
                                              DOCUMENTS BEING UNREDACTED**
16   WALT DISNEY STUDIOS MOTION
     PICTURES GROUP; PIXAR; and DISNEY
17   STORE USA, LLC,

18                    Defendants.

19

20          Defendants WALT DISNEY STUDIOS MOTION PICTURES, PIXAR, and DISNEY

21   STORE USA, LLC (collectively "Defendants"), by and through their attorneys of record,

22   Greenberg Traurig, LLP, hereby provide notice of Defendants' consent to the unredacted filing

23   of Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 40) and the

24   exhibit thereto.

25          On July 28, 2021, Plaintiff filed its Motion to Redact Portions of the Motion for Leave to

26   File An Amended Complaint and Exhibit Attached Thereto ("Motion to Redact") (ECF No. 39)

27   and subsequently filed a redacted Motion for Leave to File Second Amended Complaint

28   ("Motion to Amend") (ECF No. 40).   The Motion to Redact specifies that it was filed in an

*GREENBERG TRAURIG, LLP*
10845 Griffith Peak Dr., Suite 600
Las Vegas, NV  89135

*ACTIVE 59127311v1*

1  effort to fully comply with the parties' agreement pursuant to the Stipulated Confidentiality

2  Agreement and Protective Order ("Protective Order") (ECF No. 33) and purports to summarize

3  unidentified documents produced by Defendants in discovery that were marked "confidential."

4        Although Defendants disagree with Plaintiff's characterization of information contained

5  within the underlying documents,[1] Defendants consent to the Motion to Amend and its exhibit

6  being filed in an unredacted format.  However, Defendants reserve all rights relating to the

7  confidentiality designation of the underlying documents.

8        DATED this 4th day of August, 2021.

9                                        **GREENBERG TRAURIG, LLP**

10

11                                          */s/ Kara B. Hendricks*
                                         MARK G. TRATOS, ESQ.
12                                       Nevada Bar No. 1086
                                         KARA B. HENDRICKS, ESQ.
13                                       Nevada Bar No. 7743
                                         DONALD L. PRUNTY, ESQ.
14                                       Nevada Bar No. 8230
                                         BETHANY L. RABE, ESQ.
15                                       Nevada Bar No. 11691
                                         10845 Griffith Peak Drive, Suite 600
16                                       Las Vegas, Nevada  89135

17                                       *Counsel for Defendants*

18

19

20

21

22

23

24

25

26

27

28

_____

[1]  Notably, the underlying documents from which Plaintiff purports to have gleaned the new information are not identified in Plaintiff's filing by bates number and are not attached as exhibits.

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Dr., Suite 600
Las Vegas, NV  89135

*ACTIVE 59127311v1*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of August, 2021, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

                              */s/ Andrea Flintz*
                             An Employee of Greenberg Traurig, LLP

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Dr., Suite 600
Las Vegas, NV 89135

ACTIVE 59127311v1