AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

K AND K PRODUCTIONS, INC.,

          Plaintiff,

v.

WALT DISNEY STUDIOS MOTION PICTURES, et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-CV-1753 JCM (NJK)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendants and against Plaintiff dismissing this case without prejudice.

| | |
|---|---|
| 9/23/21 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ H. Magennis |
| | Deputy Clerk |